**Order entered July 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01160-CV

### RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants

### V.

### MERRITT HAWKINS AND ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellants' July 2, 2019 second motion for an extension of time to file

their reply brief.  We **GRANT** the motion and extend the time to **July 22, 2019**.


/s/      BILL WHITEHILL
JUSTICE